RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Lee Shorter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANTHONY LEE SHORTER,<br><br>        Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Lee Shorter, that the Change of Plea Hearing currently scheduled on October 27, 2016 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than seven (7) days.

This Stipulation is entered into for the following reasons:

1.     Government counsel is out of the jurisdiction the week of October 24-27.

2.     The defendant is not in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for a continuance of the change of plea hearing.

DATED this 12th day of October, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-173-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY LEE SHORTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Thursday, October 27, 2016 at 10:00 a.m., be vacated and continued to   November 8, 2016   at the hour of   2 : 00   p.m.; or to a time and date convenient to the court in courtroom 6C..

DATED this  13th  of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

3