RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Lee Shorter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-173-APG-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE HEARING** |
| v. | (First Request) |
| ANTHONY LEE SHORTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Lee Shorter, that the Initial Appearance Hearing currently scheduled on October 14, 2016 at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than October 31, 2016.

This Stipulation is entered into for the following reasons:

1. Defense counsel is currently scheduled to be at the prison visiting clients on the currently scheduled date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for a continuance of the initial appearance hearing.

DATED this 12th day of October, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY LEE SHORTER,<br><br>    Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the initial appearance hearing currently scheduled for Friday, October 14, 2016 at 3:00 p.m., be vacated and continued to November 2, 2016, at the hour of 3:00 p.m.; or to a time and date convenient to the court.

DATED this 13th of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE