RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Lee Shorter

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-173-APG-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** (Second Request) |
| v. | |
| ANTHONY LEE SHORTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Lee Shorter, that the Change of Plea Hearing currently scheduled on November 2, 2016 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Shorter is pending a revocation hearing.  The parties desire to resolve that hearing before proceeding with the change of plea hearing.

2.      The defendant is in custody and agrees with the need for the continuance.

1    3.    The parties agree to the continuance.

2    4.    Additionally, denial of this request for continuance could result in a miscarriage

3  of justice. The additional time requested by this Stipulation is excusable in computing the time

4  within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

5  States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

6  Section 3161(h)(7)(B)(i), (iv).

7    This is the second request for a continuance of the change of plea hearing.

8    DATED this 31st day of October, 2016.

9

10  RENE L. VALLADARES                          DANIEL G. BOGDEN
    Federal Public Defender                     United States Attorney

11

12    */s/ Raquel Lazo*                            */s/ Jared Grimmer*
    By_____        By_____

13  RAQUEL LAZO                                 JARED GRIMMER
    Assistant Federal Public Defender           Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-173-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY LEE SHORTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, November 2, 2016 at 2:00 p.m., be vacated and continued to November 15, 2016 at 10:00 a.m.

Dated: November 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

3