RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Lee Shorter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LEE SHORTER,<br><br>　　　　　Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Joshua Daniel Smith, that the Sentencing Hearing currently scheduled on February 16, 2017 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On November 7, 2016, Magistrate Judge Koppe ordered Mr. Shorter to complete an inpatient program at Harris Springs Ranch. Mr. Shorter is expected to be discharged from

1. the program on February 27, 2017. The sentencing hearing is currently scheduled for February 16, 2017.

2. Defense counsel will also need time to review the presentence investigation report with Mr. Shorter once he is discharged. Additional time will also be necessary for defense counsel to gather and conduct mitigation evidence.

3. The defendant is not in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 6th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY LEE SHORTER,<br><br>    Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 16, 2017 at 9:00 a.m., be vacated and continued to  April 19, 2017  at the hour of  10:00  a.m.; or to a time and date convenient to the court in Courtroom 6C.

    DATED this  6th  day of January, 2017.

                                                                          UNITED STATES DISTRICT JUDGE