DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *daniel.hollingsworth@usdoj.gov*
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-173-APG-(GWF) |
| Plaintiff, | United States' Motion to File the Exhibits to the Motion for the District Court to Enter the Preliminary Order of Forfeiture with a Criminal Forfeiture Money Judgment of $50,099.40 (ECF No. 56) Under Seal and Order |
| v. | |
| ANTHONY SHORTER, | |
| Defendant. | |

The United States moves this Honorable Court for an Order to file the Exhibits to the Motion for the District Court to Enter the Preliminary Order of Forfeiture with a Criminal Forfeiture Money Judgment of $50,099.40 (Motion to Enter POOF) (ECF No. 56) under seal pursuant to LR IA 10-5[1] and Federal Rules of Criminal Procedure 49.1(d). *See* Exhibit 1, Affidavit of Assistant United States Attorney Daniel D. Hollingsworth, attached hereto and incorporated herein by reference as if fully set forth herein. The Exhibits to the Motion to Enter POOF (ECF No. 56) must be filed under seal because the exhibits contain personally identifiable information to include account numbers, tax identification numbers, and social security numbers. Federal Rule of Criminal

---

[1] "Unless otherwise permitted by statute, rule, or prior court order, papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal" LR IA 10-5(a).

Procedure 49.1[2] authorizes this Court to seal that information and later order the filing of a redacted version for the public record.

The United States requests this Court to allow the Exhibits to the Motion to Enter POOF (ECF No. 56) to be filed under seal. The United States will hand-deliver copies of the Exhibits to the Motion to Enter POOF (ECF No. 56) to the defendant's defense counsel and will file a Receipt of Copy with this Court to show the proper parties were served.

DATED this 23rd day of January, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: January 24, 2017

---

[2] "Unless the court orders otherwise in ... [a] paper filing with the court that contains an individual's social-security number ... or birth date ... or a financial-account number, ... a party or nonparty making the filing may include only: (1) the last four digits of the social-security number and taxpayer-identification number; (2) the year of the individual's birth; (3) the minor's initials; (4) the last four digits of the financial-account number; and (5) the city and state of the home address." Fed. R. Crim. P. 49.1(a) (brackets and ellipses added). "The redaction requirement does not apply to ... a financial-account number ... that identifies the property allegedly subject to forfeiture in a forfeiture proceeding." Fed. R. Crim. P. 49.1(b)(1) (ellipses added). "The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record." Fed. R. Crim. P. 49.1(d).

2

Exhibit 1 – Affidavit of Daniel D. Hollingsworth

Exhibit 1 – Affidavit of Daniel D. Hollingsworth

## AFFIDAVIT OF ASSISTANT UNITED STATES ATTORNEY
## DANIEL D. HOLLINGSWORTH

I, Daniel D. Hollingsworth, Assistant United States Attorney (AUSA), having been duly sworn, hereby depose and say:

I am the AUSA handling asset forfeiture in this case. The United States requests to File the Exhibits to the Motion for the District Court to Enter the Preliminary Order of Forfeiture with a Criminal Forfeiture Money Judgment of $50,099.40 (Motion) (ECF No. 56) under seal because the exhibits contain personally identifiable information to include account numbers, tax identification numbers, and social security numbers.

The United States requests the Exhibits to the Motion (ECF No. 56) be sealed to protect personally identifiable information. The United States will hand-deliver copies of the Exhibits to the Motion (ECF No. 56) to the defendant's defense counsel and will file a Receipt of Copy with this Court to show the proper parties were served.

I declare under penalty of perjury that the foregoing is true and correct pursuant to Title 28, United States Code, Section 1746 (2).

Executed on: January 23, 2017

_____
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

1