UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTHONY SHORTER,<br><br>       Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Response deadline for Motion for Preliminary Order of Forfeiture (ECF #56) currently scheduled on February 6, 2017 be vacated and continued to __February 22, 2017__.

    DATED this __3rd__ day of February, 2017.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE