1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Daniel.Hollingsworth@usdoj.gov
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Counsel for the United States

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12  UNITED STATES OF AMERICA,           )  2:16-CR-173-APG-(GWF)
                                        )
13                 Plaintiff,           )  Unopposed Motion to Extend Time to File
                                        )  the Reply to the Response (ECF No. 63) to
14           v.                         )  the Motion to Enter the Preliminary Order of
                                        )  Forfeiture (ECF No. 56) and Shorter's
15  ANTHONY SHORTER,                    )  Response to Any Restitution Order
                                        )
16                 Defendant.           )  First Request

17          The United States of America respectfully moves this Court for an Order extending the time

18  for the United States to reply to the response (ECF No. 63) to the Motion to Enter the Preliminary

19  Order of Forfeiture (ECF No. 56). This motion is the first request for an extension of time to reply

20  to the response. The deadline to file the reply according to the ECF notice filed with the response is

21  February 25, 2017, however according to LCR 12-1(a)(3), the deadline is March 1, 2017.  The United

22  States requests an extension of time up to, and including, March 15, 2017.

23          The grounds for extending the time are as follows.

24          Undersigned counsel contacted Raquel Lazo, counsel for Anthony Shorter, on February 27,

25  2017, and agreed to the extension of time.

26  / / /

In addition to the heavy caseload and work, undersigned counsel needs more time to compile and to write the government's arguments to Shorter's Response (ECF No. 63).

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time up to, and including, March 15, 2017, for the United States to reply to the response (ECF No. 63) to the Motion to Enter the Preliminary Order of Forfeiture (ECF No. 56).

DATED this 27th day of February, 2017.

DANIEL G. BOGDEN
United States Attorney


 /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney




IT IS SO ORDERED:


UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2017

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on February 27, 2017.

*/s/ Heidi L. Skillin*
HEIDI L. SKILLIN
AFU Paralegal