RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Lee Shorter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LEE SHORTER,<br><br>　　　　　Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, Daniel D. Hollingsworth and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Lee Shorter, that the Sentencing Hearing currently scheduled on April 19, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Shorter is expected to complete his inpatient drug treatment program on March 30, 2017. Additional time is needed for Mr. Shorter and defense counsel to meet and

review his presentence investigation report.  Thereafter, defense counsel will require time to compile mitigation information and prepare a sentencing memorandum.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 22nd day of March, 2017.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney

*/s/ Jared Grimmer*  
By_____  
JARED GRIMMER  
Assistant United States Attorney

STEVEN W. MYHRE  
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*  
By_____  
DANIEL D. HOLLINGSWORTH  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LEE SHORTER,<br><br>　　　　Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, April 19, 2017 at 10:00 a.m., be vacated and continued to  June 26, 2017  at the hour of  9 : 30   a .m.; or to a time and date convenient to the court in Courtroom 6C.

　　DATED this  22nd  day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

3