```
         FILED          RECEIVED
         ENTERED        SERVED ON
                COUNSEL/PARTIES OF RECORD

              JUN - 1 2017

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-173-APG-(GWF) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| ANTHONY SHORTER, | |
| Defendant. | |

This Court finds that defendant Anthony Shorter pled guilty to Count One of a One-Count Criminal Indictment charging him with Theft of Property of the United States in violation of Title 18, United States Code, Section 641. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 52.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 641, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Anthony Shorter shall pay an in personam criminal forfeiture money judgment of $50,099.40 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Anthony Shorter an in personam criminal forfeiture money judgment of $50,099.40.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 1st day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE