# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Anthony Shorter**

Case Number:  **2:16CR00173**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **June 26, 2017**

Original Offense: **Theft of Government Property**

Original Sentence: **21 months prison, followed by 36 months TSR.**

Date Supervision Commenced: **November 13, 2018**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Home Confinement with Location Monitoring – You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program.**

    **Location monitoring technology at the discretion of the probation officer.**

    **This form of location monitoring will be used to monitor the following restriction on your movement in the community:**

    **You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits;**

RE: Anthony Shorter

court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer (Home Detention).

A) On December 16, 2018, Shorter violated the terms of his location monitoring agreement by failing to return to his residence at his approved time of 11:00 AM. Shorter did not return to his residence until 1:16 PM.

B) On December 23, 2018, Shorter violated the terms of his location monitoring agreement by failing to return to his residence at his approved time of 11:00 AM. Shorter did not return to his residence until 1:13 PM.

C) On December 24, 2018, Shorter violated the terms of his location monitoring agreement by failing to return to his residence at his approved time of 4:00 PM. Shorter did not return to his residence until 4:12 PM.

D) On December 30, 2018, Shorter violated the terms of his location monitoring agreement by leaving his residence without permission at 5:54 PM and returning to his residence at 6:05 PM.

E) On January 1, 2019, Shorter violated the terms of his location monitoring agreement by failing to return to his residence at his approved time of 11:00 AM. Shorter did not return to his residence until 12:10 PM.

F) Also on January 1, 2019, Shorter violated the terms of his location monitoring agreement by making an unauthorized stop at Mario's WestSide Market. Shorter was only authorized to stop at Wal-Mart.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 2, 2019**

Tawni Lea Salem
*Tawni Lea Salem*  2019.01.03
                   12:06:21 -08'00'

Tawni Salem
Senior United States Probation Officer

RE: Anthony Shorter

Prob12C
D/NV Form
Rev. March 2017

Approved:

*Benjamin Johnson*   Benjamin Johnson
2019.01.02 16:24:53
-08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

## THE COURT ORDERS

☐     No Action.
☒     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

Signature of Judicial Officer

01/03/2019

Date

RE: Anthony Shorter

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ANTHONY SHORTER, 2:16CR00173

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### January 2, 2019

On June 26, 2017, Your Honor sentenced Shorter to 21 months imprisonment, followed by 36 months of supervised release for committing the offense of Theft of Government Property. On November 13, 2018, Shorter commenced his term of supervised release in the District of Nevada.

On December 3, 2018, Your Honor issued a warrant for Shorter's arrest for violating his conditions of supervised release, including refraining from the use of a controlled substance, C.A.R.E. Program, and Home Confinement with Location Monitoring.

On December 6, 2018, Shorter appeared before the Honorable Nancy J. Koppe for his initial appearance regarding revocation of supervised release. The Court ordered that Shorter be detained for a period of seven days. On December 10, 2018, Shorter was released from custody and returned to the C.A.R.E. Program. On December 14, 2018, Your Honor granted a stipulation to continue Shorter's revocation hearing until June 27, 2019, to allow Shorter the opportunity to complete the C.A.R.E. Program.

As outlined above, Shorter has violated the terms of his location monitoring agreement six times since his release on December 10, 2018. The undersigned officer approved a three-hour window, 8:00 AM to 11:00 AM, on Saturdays and Sundays for Shorter to drug test if required. Shorter has repeatedly left his residence over an hour late knowing that he will be unable to return back to his residence by 11:00 AM on the bus. Furthermore, on December 30, 2018, Shorter sent a text message to the undersigned officer requesting permission to go to the store when he did not have a schedule in place. Shorter took it upon himself to leave his residence without the permission of the undersigned officer. Finally, on January 1, 2019, the undersigned officer granted Shorter permission to go to Wal-Mart from 8:00 AM to 11:00 AM. Shorter failed to return to his residence by 11:00 AM and did not go to Wal-Mart, instead going to Mario's WestSide Market.

Based on the conduct outlined above, the undersigned officer respectfully requests that a warrant be issued for Shorter's arrest and that he remain in custody pending resolution of this matter.

Respectfully submitted,

Tawni Lea Salem
2019.01.03
12:06:43 -08'00'

Tawni Salem
Senior United States Probation Officer

RE: Anthony Shorter

Prob12C
D/NV Form
Rev. March 2017

Approved:

Benjamin Johnson
2019.01.02 16:24:20
-08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer