RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Anthony Shorter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SHORTER,<br><br>Defendant. | Case No. 2:16-cr-173-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Anthony Shorter, that the Revocation Hearing currently scheduled on April 1, 2019 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defendant is currently participating in the C.A.R.E. Program, with an anticipated graduation date in mid-June 2019.

2. Defendant is not in custody and agrees with the need for the continuance.

3. The defendant's degree of success in the C.A.R.E. Program will help inform the Court's decision regarding the appropriate disposition of the violations alleged in the petition.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 25th day of March, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY SHORTER,

    Defendant.

Case No. 2:16-cr-173-APG-GWF

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 1, 2019 at 9:00 a.m., be vacated and continued to July 9, 2019 at the hour of 10 : 30 a .m.; or to a time and date convenient to the court in Courtroom 6C.

DATED this 26th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE